HIRAM SNYDER AND WILLIAM H. HENDRICKSON, PARTNERS, &c., DEFENDANTS IN ERROR, v. NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, PLAINTIFF IN ERROR.

Submitted March 27th, 1905—Decided November 20th, 1905.

This case is controlled by Gardner & Meeks Co. *v.* New York Central and Hudson River Railroad Co., decided by this court at the present term.

On error to the Hudson County Circuit Court.

For the plaintiff in error, *Edmund W. Wakelee* and *Vredenburgh, Wall & Van Winkle.*

For the defendants in error, *Cornelius Doremus.*

PER CURIAM.

The questions raised in this case are the same as those raised in Gardner & Meeks Company *v.* New York Central and Hudson River Railroad Company, decided by this court at the present term (*ante p.* 257). The judgment under review herein will be affirmed for the reasons stated in the opinion of Mr. Justice Pitney in that case.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, DIXON, GARRISON, FORT, GARRETSON, PITNEY, SWAYZE, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY. 13.

*For reversal*—None.